UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:22-cv-08968-PA-MAA                                                    Date:  December 29, 2025

Title:   Emanuele Trombini v. Tristan Lemon

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 39)

On October 31, 2025, Respondent filed and served a Motion to Dismiss the Petition ("Motion"). (Mot., ECF No. 39.) Pursuant to the Court's Order Requiring Response to Petition (ECF No. 33), Petitioner's Opposition to the Motion was due 30 days after service of the Motion. To date, no opposition to the motion has been received.

Petitioner is therefore **ORDERED TO SHOW CAUSE** by **January 30, 2026** why the Court should not recommend that the Petition be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the Petition be dismissed.** *See* **C.D. Cal. L.R. 7-12. Petitioner also is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.