**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EMANUELE TROMBINI,

Petitioner,

v.

TRISTAN LEMON,

Respondent.

Case No. 2:22-cv-08968-PA-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  June 2, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE